**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Sunday Ann Gannon**<br>DOB: 1962; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-05954MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 14, 2020, at or near Nogales, in the District of Arizona, **Sunday Ann Gannon** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 14, 2020, at approximately 6:20 p.m., **Sunday Ann Gannon**, a United States Citizen, presented herself for entry into the United States from the Republic of Mexico through the pedestrian lanes of the DeConcini Port of Entry in Nogales, Arizona. The primary Customs and Border Protection Officer (CBPO) obtained a negative, binding declaration from **GANNON**. **GANNON** stated she had traveled to Mexico with her dog to obtain a quote on veterinary services. The CBPO referred **GANNON** to secondary inspection.

During a secondary inspection, a canine enforcement officer ran his dog around **GANNON**. The canine alerted to a trained odor of narcotics. A CBPO asked **GANNON** if she had any drugs inside her, and **GANNON** responded that they were not inside her, but on her. She said she was forced to take the drugs by a group of men she encountered outside a pharmacy. The men threatened her and taped bundles to her thigh, abdomen, and breasts. A subsequent pat down inspection revealed four bundles of drugs taped to her thigh, belly, and breasts. A representative sample of the bundles tested positive for the characteristics of methamphetamine. The methamphetamine had a total weight of 1.54 kg, or 3.40 lbs.

After waiving her *Miranda* rights, **GANNON** stated that a group of men wearing ski masks attacked her and forcibly taped bundles to her thigh, stomach, and breasts. They told her if she did not cross into the United States with the drugs, they would hurt her family. **GANNON** then changed her story and admitted her original story was false, and she willingly crossed the drugs for money. She was supposed to get $250 for each package she successfully crossed. She said she had crossed one other load about a month ago, but it was only one package. She was paid $150 for that smuggling event. **GANNON** acknowledged she knew it was illegal to smuggle methamphetamine into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/PL<br>AUTHORIZED AUSA *Kevin Hakala* /s/<br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]*<br>OFFICIAL TITLE<br><br>Special Agent, HSI Nogales |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | DATE<br>July 15, 2020 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54